## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LEANDRO BERNAL CALDERON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-20-1060-HE |
| | ) | |
| WILLIAM BARR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Petitioner Leandro Bernal Calderon, an immigration detainee in the custody of the federal government, brought this § 2241 case alleging that he is being detained unlawfully. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Maxfield Green for initial proceedings. After conducting an initial review of the petition, Judge Green has issued a Report and Recommendation recommending that this case be transferred to the United States District Court for the Eastern District of Oklahoma.

The Report advised petitioner of his right to object to the Report by December 26, 2020. Plaintiff has not objected to the Report. Thus, he has waived his right to appellate review of the factual and legal issues the Report addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #9]. The Petition is **TRANSFERRED** to the U.S. District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 5th day of January, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE